AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## *Eastern District of Washington*

CALVIN ROUSE (a.k.a. ABDUR RASHID KHALIF),

        Plaintiff,

                                                  **JUDGMENT IN A CIVIL CASE**

        v.

BERNIE WARNER, STEVE SINCLAIR, GARY PIERCE, VIVIA GAINS, JIMMY GUZMAN, SGT. COUGHRON, and C/O ZARAGOZA,    CASE NUMBER: 12-CV-5092-TOR

        Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED: the Second Amended Complaint, ECF No. 11, is DISMISSED with prejudice for failure to state a claim upon which relief may be granted under 28 U.S.C. §§ 1915 (e)(2) and 1915A(b)(1).

October 3, 2012                                                  JAMES R. LARSEN
*Date*                                                              *Clerk*
                                                                      s/ Sheila Parpolia
                                                                      *(By) Deputy Clerk*
                                                                      Sheila Parpolia